UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY CLAY,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 11-cv-05353-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further administrative proceedings. (ECF No. 21.)

After reviewing defendant's stipulated motion and the relevant record, the Court GRANTS defendant's motion, and REVERSES AND REMANDS this matter to the Commissioner, in accordance with sentence four of 42 U.S.C. § 405(g).

1       Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings. Following remand, the Administrative Law Judge shall conduct a *de novo* hearing. Specifically, the Administrative Law Judge shall evaluate further all of the medical opinions and lay testimony and explain the weight given to the opinion evidence; evaluate further plaintiff's credibility in accordance with Social Security Ruling 96-7p; and, evaluate further plaintiff's maximum residual functional capacity. If warranted, the Administrative Law Judge should obtain medical expert testimony and supplemental vocational expert testimony at step five.

      In addition, the Administrative Law Judge should take any other actions necessary in order to develop the record. Plaintiff should be afforded the opportunity to present new arguments and evidence, if relevant to the appropriate time frame, at the hearing.

      Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

      JUDGMENT is for plaintiff, and the case is closed.

      Dated this 17th day of November, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge